In the Matter of MAXWELL M. WALLACH, Petitioner, against DAVID W. PECK, Presiding Justice of the Appellate Division of the Supreme Court in the First Judicial Department, et al., as Members of and Constituting an Administrative Board in the Disciplinary Proceeding Instituted Against Petitioner, Respondents.

Submitted October 4, 1948; decided October 7, 1948.

Petition for an order annulling a determination of respondents which on the presentation of newly discovered evidence denied to the petitioner a hearing and reopening of the original disciplinary proceeding; that a hearing be granted to the petitioner on newly discovered evidence together with a reopening of the original disciplinary proceeding and a change of venue to the third judicial department unless the Court of Appeals will conduct said hearing, dismissed. [See 246 App. Div. 213, 247 App. Div. 769, 271 N. Y. 666, and 274 App. Div. 789.]